BEFORE THE SECOND DIVISION, JANUARY 5, 1965

**No. 68989.**—J. Einstein, Inc., and F. L. Kraemer Co. v. United States, protests 270410–K, 277231–K, and 291745–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of nylon knit fabric, in the piece, similar in all material respects to the merchandise held as silk knit fabric, in the piece, the subject of *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiffs was sustained.